IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANTONIO ALATORRE aka Hugo Javier Quiroga,<br><br>Defendant. | CR 09-42-BLG-SPW-01<br><br>ORDER TO AMEND DEFENDANT'S NAME BY INTERLINEATION |

Upon the United States' Unopposed Motion to Amend Defendant's Name by Interlineation (Doc. 120), and for good cause shown,

IT IS HEREBY ORDERED that the United States' Motion is **GRANTED**. The defendant's name "Antonio Alatorre" shall be amended to his true identity, "Hugo Javier Quiroga *aka Antonio Alatorre*".

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 21st day of July, 2021.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge

1